

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:11-MJ-06___ |
| | § | CRIMINAL COMPLAINT |
| CODY MAYFIELD (1) | § | |

## CRIMINAL COMPLAINT

*Possession of a Controlled Substance with Intent to Distribute*
*(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))*

On or about April 14, 2010, in the Fort Worth Division of the Northern District of Texas, the defendant, **CODY MAYFIELD**, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,
in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

     I, Adam C. Wilson, the undersigned complainant/affiant, am a Special Agent of the FBI. I have been so employed for approximately five years and am currently assigned to the Dallas Field Division's Fort Worth Resident Agency on a Criminal Enterprise Squad working with a Violent Crime/Gang Task Force (Task Force). The Task Force is comprised of federal Agents, and local investigators and police officers.

1.    On April, 14, 2010, a Fort Worth Police officer observed the defendant driving a black sport motorcycle and passing traffic on the shoulder of the North Freeway Service Road in Fort Worth. The officer signaled to the defendant that he needed to get back into the proper lanes of traffic. The defendant disregarded the officer's instructions and cut across the lanes of traffic onto the other shoulder. The defendant drove recklessly as he continued to cut in and out of traffic.

2.    The officer drove his patrol unit in front of the motorcycle and turned on his overhead lights in an attempt to pull the defendant over on the freeway. The defendant began weaving through traffic towards a shoulder entrance ramp as if he was going to exit the freeway illegally by driving the wrong way up the entrance ramp. The defendant then lost control of his motorcycle and he fell onto the asphalt inside a lane of traffic directly in front of another moving vehicle. The officer and occupants of other vehicles on the freeway observed the defendant retrieve a black nylon zippered bag and throw it into the center grassy median.

3.      The officer was approximately 30 feet in front of the motorcycle and he gave the defendant verbal instructions to walk towards him. The defendant began to walk towards the officer in an aggressive manner, so the officer instructed the defendant to get on the ground. The defendant did not comply and charged toward the officer. The officer removed his firearm and pointed it at the defendant, who finally stopped about ten feet from the officer. The defendant got down on the ground and the officer hand-cuffed him.

4.      The defendant identified himself, and then the officer spoke with occupants of other vehicles who observed the defendant drop his motorcycle. Three individuals stated that they saw the defendant driving recklessly through the traffic, and two of these individuals had observed the defendant throw a black bag into the median.

5.      The officer retrieved the black canvas zippered case from the median, which contained clear zip lock baggies of methamphetamine, a hypodermic syringe, and numerous empty baggies. The methamphetamine later tested positive at the Fort Worth Crime Laboratory for 39.51 grams. Officers also found a mobile phone, a small green digital scale, a small glass pipe, and $1,582 in United States currency. The motorcycle driven by the defendant had been previously reported as stolen.

6.      The defendant waived his *Miranda* rights and stated that he was attempting to get away from the officer because he knew that he had warrants for his arrest from Sansom Park, Texas.

7.      A subsequent analysis of the defendant's mobile phone pursuant to a state search warrant revealed a picture of a large shard of methamphetamine on a scale, as well as numerous text messages related to narcotics trafficking.

8.      Although I have not listed all the facts known, I believe that the facts stated here establish probable cause that the defendant has committed a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

_____
Adam C. Wilson
F.B.I. Special Agent

SWORN AND SUBSCRIBED before me, this __9th__ day of March, 2011.

_____
JEFFREY L. CURETON
United States Magistrate Judge
Northern District of Texas

Criminal Complaint - Page 2