UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 9 2011
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO: 4:11-MJ-0 |
| | § |
| CODY MAYFIELD (1) | § |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ( X ) ad prosequendum ( ) ad testificandum and

1. Name of Detainee: Cody Mayfield
   Year of Birth: 1977, SSN: 3415

2. Detained by: Tarrant County Sheriff's Office, Fort Worth, Texas

3. Detainee is charged in this district by ( ) Indictment ( ) Information ( X) Complaint ( ) Other, or is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on Thursday, March 10, 2011, at 2:00 pm to appear in the proceedings herein before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the United States Magistrate Court, for the Northern District of Texas, Fort Worth Division.

s / Bret Helmer
BRET HELMER
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

( X) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: March 9, 2011

JEFFREY L. CURETON
United States Magistrate Judge